IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, ) | (WO) |
| THOMAS E. COKER, ) | |
| LARRY P. MEANS, ) | |
| JAMES E. PREUITT, ) | |
| HARRI ANNE H. SMITH, ) | |
| JARRELL W. WALKER, JR., ) | |
| and JOSEPH R. CROSBY ) | |

ORDER

It is ORDERED that defendants Thomas E. Coker's, James E. Preuitt's, Jarrell W. Walker, Jr.'s, and Joseph R. Crosby's motions to adopt defendant Milton E. McGregor's renewed motion to suppress wiretap evidence (Doc. Nos. 1706, 1707, & 1712) are granted.

DONE, this the 19th day of August, 2011.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE