IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )   CRIMINAL ACTION NO.
                              )       2:10cr186-MHT
MILTON E. McGREGOR,           )           (WO)
THOMAS E. COKER,              )
LARRY P. MEANS,               )
JAMES E. PREUITT,             )
HARRI ANNE H. SMITH,          )
JARRELL W. WALKER, JR.,       )
and JOSEPH R. CROSBY          )
```

ORDER

It is ORDERED that defendants Harri Anne H. Smith's, Jarrell W. Walker, Jr.'s, Larry P. Means's, James E. Preuitt's, and Thomas E. Coker's motions to adopt defendant Milton E. McGregor's motion to continue (Doc. Nos. 1700, 1701, 1703, 1704, & 1705) are granted.

DONE, this the 19th day of August, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE