IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY | ) | |

ORDER

It is ORDERED that, on or before August 26, 2011, the government shall file a response to defendant Milton E. McGregor's renewed motion to suppress wiretap evidence (Doc. No. 1711).

DONE, this the 19th day of August, 2011.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE