IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  v.                     )<br>)<br>JARRELL W. WALKER, JR.    ) | CRIMINAL ACTION NO.<br>2:10cr186-MHT<br>(WO) |

ORDER

It is ORDERED as follows:

(1) Defendant Jarrell W. Walker, Jr.'s motion for acquittal (Doc. No. 1757) is set for submission, without oral argument, on September 30, 2011.

(2) By September 9, 2011, defendant Walker is to file a brief in support of his motion.

(3) By September 23, 2011, the government is to file a response.

(4) By September 30, 2011, defendant Walker may file a reply.

(5) With regard to the briefs, the court makes two observations.  First, Walker's motion for acquittal is inadequate.  It is conclusory at best.  All briefs

addressing the motion must explain in detail how, point by point, the trial evidence is allegedly lacking or is adequate. Second, any brief addressing the trial evidence should cite where the evidence can be found in the trial transcripts, by page and line.

DONE, this the 26th day of August, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE