IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| LARRY P. MEANS | ) | (WO) |

ORDER

It is ORDERED as follows:

(1) Defendant Larry P. Means's motions to dismiss and for acquittal (Doc. Nos. 1749, 1750 & 1751) are reset for submission, without oral argument, on October 7, 2011.

(2) By September 16, 2011, defendant Means is to file a brief in support of his motion for acquittal.

(3) By September 30, 2011, the government is to file a response.

(4) By October 7, 2011, defendant Means may file a reply.

(5) With regard to the briefs, the court makes two observations. First, Means's motion for acquittal is inadequate as to sufficiency of the evidence. It is

conclusory at best.  All briefs addressing the motion must explain in detail how, point by point, the trial evidence is allegedly lacking or is adequate.  Second, any brief addressing the trial evidence should cite where the evidence can be found in the trial transcripts, by page and line.

DONE, this the 7th day of September, 2011.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**