IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| THOMAS E. COKER | ) | (WO) |

## ORDER

It is ORDERED as follows:

(1) Defendant Thomas E. Coker's motion for acquittal (Doc. No. 1748) is reset for submission, without oral argument, on October 7, 2011.

(2) By September 30, 2011, the government is to file a response.

(3) By October 7, 2011, defendant Coker may file a reply.

DONE, this the 7th day of September, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE