IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. MCGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY | ) | |

SCHEDULING ORDER

Based on the representations made by the parties on
September 7, 2011, and the court's previous scheduling
orders (doc. nos. 132, 316, 650, 809, 916, and 1766), it
is ORDERED that the parties are to do the following on
the dates indicated:

(1) Any proposed changes to the juror questionnaire
must be submitted by September 19, 2011.  If a party
finds it necessary to file a response to another party's
suggestions, it must do so by September 26, 2011.

(2) Any pretrial motions not otherwise identified in
this order are due by October 3, 2011.

(3) Designation of Additional Transcripts:

    a. Government's designated transcripts are due by October 11, 2011.

    b. Defendants' designated transcripts are due by October 17, 2011.

    c. Agreed upon joint transcripts are due by October 24, 2011.

(4) Expert witness notices and related disclosures required by Federal Rule of Criminal Procedure 16 are due by November 7, 2011.

(5) Federal Rule of Evidence 404(b) disclosures are due by November 7, 2011.

(6) Witness and Exhibit Lists:

    a. Government's witness and exhibit lists are due on November 14, 2011.

    b. Defendants' witness and exhibit lists are due on November 21, 2011.

(7) Motions in limine must be filed by November 28, 2011. By December 5, 2011, counsel for the government

and counsel for each defendant are to meet face-to-face to attempt to resolve all such motions.  By December 12, 2011, counsel for the government and counsel for each defendant are to file a jointly prepared report (a) identifying which issues in the motions are resolved and which ones remain unresolved, and (b) setting forth in detail the position of the parties on each and every unresolved issue.

(8) Proposed vior dire questions are do on December 5, 2011.

(9) Proposed changes to the jury instruction are due by December 19, 2011.

(10) Completed juror questionnaires, with the jurors' names redacted, will be distributed to the parties on December 19, 2011.

(11) The names of the prospective jurors will be released to the parties on January 6, 2012, unless the government moves, no later than October 3, 2011, for the

jurors' names to be permanently redacted from the questionnaires.

(12) A pretrial conference will be held on January 4, 2012, at 11:00 a.m. in the chambers library at the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(13) Jury selection will begin on January 9, 2012, at 10:00 a.m. in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE this the 8th day of September, 2011.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE