IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY | ) | |

ORDER

It is ORDERED that defendant Harri Anne Smith's motion for petit jurors to be drawn from the district at large (doc. no. 1802) is set for submission, without oral argument, on September 26, 2011, with all briefs due by said date.

DONE, this the 15th day of September, 2011.

    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE