IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY | ) | |

<u>ORDER</u>

Based on the representations made at an on-the-record conference call on October 12, 2011, it is ORDERED that the government's motion for clarification of the scheduling order (Doc. No. 1903) is granted to the extent that the parties shall designate jailhouse transcripts as follows:

1. The defendants' designated jailhouse transcripts are due by November 14, 2011.

2. The government's designated jailhouse transcripts are due by November 21, 2011.

3. Agreed upon joint jailhouse transcripts are due by December 5, 2011.

DONE, this the 13th day of October, 2011.

                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**