IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY | ) | |

ORDER

It is ORDERED that counsel for the parties should be prepared to address the following matters at the pretrial conference on January 4, 2012:

(1) The government's motion and memorandum of law regarding jury selection procedure (Doc. No. 2015); and

(2) The joint report on unresolved objections to exhibits, motions in limine, and stipulations (Doc. No. 2072).

DONE, this the 30th day of December, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE