IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, ) | (WO) |
| THOMAS E. COKER, ) | |
| LARRY P. MEANS, ) | |
| JAMES E. PREUITT, ) | |
| HARRI ANNE H. SMITH, ) | |
| JARRELL W. WALKER, JR., ) | |
| and JOSEPH R. CROSBY ) | |

## ORDER

Pursuant to the court's order of partial sequestration of the jury, it is ORDERED that the clerk of the court shall, pursuant to the provisions of 28 U.S.C. § 1871, expend sums to pay for meals for all jurors and those Deputy United States Marshals who are charged with transporting, overseeing, and securing the jury beginning with jury selection on January 30, 2012, and continuing until the conclusion of the trial.

DONE, this the 4th day of January, 2012.

                           /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE