IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| HARRI ANNE H. SMITH, | ) | |
| JARRELL W. WALKER, JR., | ) | |
| and JOSEPH R. CROSBY | ) | |

ORDER

It is ORDERED that the motions in limine and objections filed by the government and defendants Milton E. McGregor, Thomas E. Coker, Larry P. Means, James E. Preuitt, Harri Anne H. Smith, Jarrell W. Walker, Jr., and Joseph R. Crosby (Doc. Nos. 1981, 1982, 1983, 1984, 1985, 1986, 1987, 1990, 1996, 1998, 1999, 2002, 2003, 2005, 2007, 2013 & 2091) are, respectively, granted in part and

denied in part and sustained in part and overruled in part as stated on the record on January 4, 2012.

DONE, this the 5th day of January, 2012.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE