IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL ACTION NO. |
| ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, ) | (WO) |
| THOMAS E. COKER, ) | |
| LARRY P. MEANS, ) | |
| JAMES E. PREUITT, ) | |
| HARRI ANNE H. SMITH, ) | |
| JARRELL W. WALKER, JR., ) | |
| and JOSEPH R. CROSBY ) | |

ORDER

At the in camera pretrial conference on January 4, 2012, and in an opposition brief (Doc. No. 1920) to a motion in limine, the government requested that two FBI agents be permitted to remain at counsel table throughout the trial.

It is therefore ORDERED that the government's request that two FBI agents be permitted to remain at counsel table throughout the trial is set for submission, without

oral argument, on January 17, 2012, with the government to file its brief by January 11, 2012, and the defendants to file their brief by January 17, 2012.

DONE, this the 6th day of January, 2012.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE