IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
        v.                  )       CRIMINAL ACTION NO.
                            )         2:10cr186-MHT
MILTON E. McGREGOR,         )             (WO)
THOMAS E. COKER,            )
LARRY P. MEANS,             )
JAMES E. PREUITT,           )
HARRI ANNE H. SMITH,        )
JARRELL W. WALKER, JR.,     )
and JOSEPH R. CROSBY.       )
```

## ORDER

Because, based on the representations made on the record on January 25, 2012, the court is of the opinion, and so finds, that (1) the government has not offered a reasonable explanation for the 'eleventh hour' request to amend, which request comes months after the deadline and (2) the defendants would be prejudiced by the late amendment, it is ORDERED that the government's motion for leave to file amended witness list (doc. no. 2164) is denied.

DONE, this the 26th day of January, 2012.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE