IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| HARRI ANNE H. SMITH, and | ) | |
| JARRELL W. WALKER, JR. | ) | |
| | ) | |

<u>ORDER</u>

Due to the death of defendant Joseph R. Crosby, the court finds that "the ends of justice served by [granting a continuance until February 6, 2012,] outweigh the best interest of the public and the defendant[s] in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, it is ORDERED that the jury selection and trial for defendants Milton E. McGregor, Thomas E. Coker, Larry P. Means, James E. Preuitt, Harri Ann H. Smith, and Jarrell W. Walker, Jr. now set for January 30, 2012, are continued to Monday, February 6, 2012, at 9:00 a.m., in the Frank

M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

It is further ORDERED that parties and their counsel are to report to the courtroom by no later than 8:00 a.m. on February 6, 2012, so that any remaining pretrial issues can be resolved and so that jury selection can begin promptly at 9:00 a.m. on that day.

DONE, this the 30th day of January, 2012.

                                    /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**