IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 2:10cr186-MHT |
| JOSEPH R. CROSBY ) | |

## ORDER

It is the ORDERED that defendant Joseph R. Crosby's motion to dismiss (doc. no. 2241) is denied as moot.

DONE, this the 3rd day of February, 2012.

                /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE