IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| JARRELL W. WALKER, JR. | ) | (WO) |

ORDER

It is ORDERED that defendant Jarrell W. Walker, Jr.'s motion for in camera inspection (doc. no. 2287) is denied without prejudice. The court has been informed that the PSR has not been created yet.

DONE, this the 14th day of February, 2012.

                         /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE