IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| LARRY P. MEANS | ) | (WO) |

## ORDER

It is ORDERED that defendant Larry P. Means's motion to dismiss (Doc. No. 2270) is denied. First, the court is not convinced that a <u>Brady</u> violation occurred. Second, even if there was a <u>Brady</u> violation, dismissal is not warranted because there is no evidence that the failure to disclose was willful or prejudicial. Indeed, the evidence is now available for the retrial.

DONE, this the 14th day of February, 2012.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**