IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| MILTON E. McGREGOR, | ) | (WO) |
| THOMAS E. COKER, | ) | |
| LARRY P. MEANS, | ) | |
| JAMES E. PREUITT, | ) | |
| HARRI ANNE H. SMITH, and | ) | |
| JARRELL W. WALKER, JR. | ) | |

## ORDER

Based on the representations made during an in camera status conference, it is ORDERED that:

(1) Defendant Jarrell W. Walker, Jr.'s motion for permission to listen to recorded telephone conversations (Doc. No. 2274) is withdrawn.

(2) Defendant Milton E. McGregor's omnibus motion in limine (Doc. No. 2005) is denied as to the airplane, drop phone, tax return, and use of the word "bribe" issues.

(3) Defendant Larry P. Means's motion to preclude a recorded television statement (Doc. No. 1981) is denied.

DONE, this the 15th day of February, 2012.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**