IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MILTON E. McGREGOR, )<br>THOMAS E. COKER, )<br>LARRY P. MEANS, )<br>JAMES E. PREUITT, )<br>HARRI ANNE H. SMITH, and )<br>JARRELL W. WALKER, JR. ) | CRIMINAL ACTION NO.<br>2:10cr186-MHT<br>(WO) |

## ORDER

It is ORDERED that the government's motion to exclude (Doc. No. 2311) is granted. The court agrees with the statements made in the motion.

DONE, this the 17th day of February, 2012.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE