IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
        v.                    )       CRIMINAL ACTION NO.
                              )          2:10cr186-MHT
MILTON E. McGREGOR,           )             (WO)
THOMAS E. COKER,              )
LARRY P. MEANS,               )
JAMES E. PREUITT,             )
HARRI ANNE H. SMITH, and      )
JARRELL W. WALKER, JR.        )

ORDER

Jury selection in this case was held on February 6-8, 2012, and the trial commenced on February 9, 2012. A petit juror serving more than ten days on one case may be paid, at the discretion of the trial judge, an additional $ 10.00 per day for each day in excess of ten days pursuant to 28 U.S.C. § 1871(b)(2).

It is therefore ORDERED that the jurors in the above-referenced case be paid an attendance fee of $ 50.00 per day for all days served in excess of ten days.

DONE, this the 24th day of February, 2012.

          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE