IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| **LARRY P. MEANS** | ) | (WO) |

### ORDER

It is ORDERED that defendant Larry P. Means's motion for judgment of acquittal (Doc. No. 2365) is denied.

DONE, this the 29th day of February, 2012.

                           /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**