IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )       2:10cr186-MHT
JAMES E. PREUITT            )          (WO)
```

## ORDER

It is ORDERED that defendant James E. Preuitt's motion for judgment of acquittal (Doc. No. 2363) is denied.

DONE, this the 29th day of February, 2012.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE