IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| JARRELL W. WALKER, JR. | ) | (WO) |

## ORDER

It is ORDERED that defendant Jarrell W. Walker, Jr.'s motion for judgment of acquittal (Doc. No. 2369) is denied.

DONE, this the 29th day of February, 2012.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE