IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| RONALD E. GILLEY | ) | (WO) |

ORDER

The government and defendant Ronald E. Gilley having agreed, based on the severity of defendant Gilley's medical condition and "[i]n the interests of efficiency and economy," Government's Surreply (doc. no. 2499), that a 30-day extension of Gilley's surrender date is appropriate, it is ORDERED as follows:

(1) Defendant Ronald E. Gilley's motion for extension of surrender date (doc. no. 2485) is further granted to the extent that defendant Gilley is to surrender at the appropriate prison by 2:00 p.m. on November 5, 2012.

(2) Any motion for a further extension of the surrender date must be filed by October 29, 2012.

DONE, this the 5th day of October, 2012.

                                       /s/ Myron H. Thompson  
                                    **UNITED STATES DISTRICT JUDGE**