IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| RONALD E. GILLEY | ) | (WO) |

ORDER

The government and defendant Ronald E. Gilley having agreed, based on "a recently discovered complication to [Gilley's] post-operative recovery" and "[i]n the interests of efficiency and economy," Government's response (doc. no. 2504), that a two-week extension of Gilley's surrender date is appropriate, it is ORDERED as follows:

(1) Defendant Ronald E. Gilley's motion for further extension of surrender date (doc. no. 2502) is granted to the extent that defendant Gilley is to surrender at the appropriate prison by 2:00 p.m. on November 19, 2012.

(2) Any motion for a further extension of the surrender date must be filed by 8:00 a.m. November 13, 2012.

DONE, this the 2nd day of November, 2012.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**